# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BENEFYTT TECHNOLOGIES, INC., | ) | Case No. 23-90566 (CML) |
| Debtor. | ) | |
| Tax I.D. No. 46-1282634 | ) | |
| In re: | ) | Chapter 11 |
| AMERICAN SERVICE INSURANCE AGENCY LLC, | ) | Case No. 23-90565 |
| Debtor. | ) | |
| Tax I.D. No. 27-4829115 | ) | |
| In re: | ) | Chapter 11 |
| BENEFYTT REINSURANCE SOLUTIONS, LLC, | ) | Case No. 23-90568 |
| Debtor. | ) | |
| Tax I.D. No. 87-0904601 | ) | |
| In re: | ) | Chapter 11 |
| BIMSYM-HPIH, LLC, | ) | Case No. 23-90570 |
| Debtor. | ) | |
| Tax I.D. No. 83-3334626 | ) | |
| In re: | ) | Chapter 11 |
| DAWN ACQUISITION COMPANY, LLC, | ) | Case No. 23-90573 |
| Debtor. | ) | |
| Tax I.D. No. 86-1990909 | ) | |
| In re: | ) | Chapter 11 |

| | ) | |
|---|---|---|
| DAYLIGHT BETA INTERMEDIATE ., | ) | Case No. 23-90576 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-1937248 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DAYLIGHT BETA INTERMEDIATE II CORP. | ) | Case No. 23-90567 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-2608842 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DAYLIGHT BETA PARENT CORP. | ) | Case No. 23-90571 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-1936788 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HEALTH INSURANCE INNOVATIONS HOLDINGS, INC., | ) | Case No. 23-90574 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-3351994 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, | ) | Case No. 23-90577 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-0580972 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEALTHINSURANCE.COM, LLC, | ) | Case No. 23-90579 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 95-4769525 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HEALTHPOCKET, INC., | ) | Case No. 23-90582 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-5293710 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| INSURANCE CENTER FOR EXCELLENCE, LLC, | ) | Case No. 23-90569 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-5404618 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RXHELPLINE, LLC, | ) | Case No. 23-90572 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-0989940 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SUNRISE HEALTH PLANS, LLC, | ) | Case No. 23-90575 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-4123872 | ) | |
| | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TOGETHERHEALTH INSURANCE, LLC, | ) Case No. 23-90578 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-5189503 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOGETHERHEALTH PAP, LLC, | ) Case No. 23-90580 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-2388439 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOTAL INSURANCE BROKERS, LLC, | ) Case No. 23-90581 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 83-4127975 | ) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the emergency motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 23-90566 (CML). All of the jointly administered cases not previously assigned to Judge Lopez are transferred to Judge Lopez.

2. Additionally, the following checked items are ordered:

   a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

   b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c. ☒ Other: See below.

3. The caption of the jointly administered cases will read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BENEFYTT TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 23-90566 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benefytt Technologies, Inc. (2634); American Service Insurance Agency LLC (9115); Benefytt Reinsurance Solutions, LLC (4601); BimSym-HPIH, LLC (4626); Dawn Acquisition Company, LLC (0909); Daylight Beta Intermediate Corp. (7248); Daylight Beta Intermediate II Corp. (8842); Daylight Beta Parent Corp. (6788); Health Insurance Innovations Holdings, Inc. (1994); Health Plan Intermediaries Holdings, LLC (0972); Healthinsurance.com, LLC (9525); HealthPocket, Inc. (3710); Insurance Center for Excellence, LLC (4618); RxHelpline, LLC (9940); Sunrise Health Plans, LLC (3872); TogetherHealth Insurance, LLC (9503); TogetherHealth PAP, LLC (8439); and Total Insurance Brokers, LLC (7975). The location of the Debtors' service address is: 3450 Buschwood Park Drive, Suite 200, Tampa, Florida 33618.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors, other than Benefytt Technologies, Inc., to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Benefytt Technologies, Inc., Case No. 23-90566 (CML); American Service Insurance Agency LLC, Case No. 23-90565; Benefytt Reinsurance Solutions, LLC, Case No. 23-90568; BimSym-HPIH, LLC, Case No. 23-90570; Dawn Acquisition Company, LLC, Case No. 23-90573; Daylight Beta Intermediate Corp., Case No. 23-90576; Daylight Beta Intermediate II Corp., 23-90567; Daylight Beta Parent Corp., 2390571; Health Insurance Innovations Holdings, Inc., Case No. 23-90574; Health Plan Intermediaries Holdings, LLC, Case No. 23-90577; Healthinsurance.com, LLC, Case No. 23-90579; HealthPocket, Inc., Case No. 23-90582; Insurance Center for Excellence, LLC, Case No. 23-90569; RxHelpline, LLC, Case No. 23-90572; Sunrise Health Plans, LLC, Case No. 23-90575; TogetherHealth Insurance, LLC, Case No. 23-90578; TogetherHealth PAP, LLC, Case No. 23-90585; Total Insurance Brokers, LLC, Case No. 23-90581. The docket in Case No. 23-90566 (CML) should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-90566 (CML).**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. A separate claims registry shall be maintained for each Debtor.

10. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

11. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

12. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

13. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

14. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023

_____
UNITED STATES BANKRUPTCY JUDGE