UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| | |
| Dated: | Signed: _____ |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:                    Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____

United States Bankruptcy Judge