# **<u>Exhibit 9</u>**

