United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90566 (CML) |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Chris Ceresa |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-390-4056 |
| Licensed: State & Number | NY: 5752324 |

Seeks to appear as the attorney for this party:

Benefytt Technologies, Inc., et al.

Dated: May 23, 2023   Signed: /s/ Chris Ceresa

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 05/23/2023   Signed: /s/ Z. Compean
Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

Christopher Lopez
United States Bankruptcy Judge