United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 23, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |
|---|---|

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Dated: | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

Christopher Lopez
United States Bankruptcy Judge