# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| BENEFYTT TECHNOLOGIES, INC., *et al.*,[1] | ) Case No. 23-90566 (CML) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP ("Akin") hereby appears in the above-captioned cases as counsel to an ad hoc group of certain unaffiliated holders of, or investment advisors, sub-advisors, or managers of discretionary accounts that hold claims outstanding under the Prepetition Credit Facility[2] (the "Ad Hoc Group of Term Lenders"). Akin enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests pursuant to Bankruptcy Rules 2002(i) and 9007, that copies of all notices given or required to be given, and all papers served or required to be served in the above-captioned cases, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benefytt Technologies, Inc. (2634); American Service Insurance Agency LLC (9115); Benefytt Reinsurance Solutions, LLC (4601); BimSym-HPIH, LLC (4626); Dawn Acquisition Company, LLC (0909); Daylight Beta Intermediate Corp. (7248); Daylight Beta Intermediate II Corp. (8842); Daylight Beta Parent Corp. (6788); Health Insurance Innovations Holdings, Inc. (1994); Health Plan Intermediaries Holdings, LLC (0972); Healthinsurance.com, LLC (9525); HealthPocket, Inc. (3710); Insurance Center for Excellence, LLC (4618); RxHelpline, LLC (9940); Sunrise Health Plans, LLC (3872); TogetherHealth Insurance, LLC (9503); TogetherHealth PAP, LLC (8439); and Total Insurance Brokers, LLC (7975). The location of the Debtors' service address is: 3450 Buschwood Park Drive, Suite 200, Tampa, Florida 33618.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the *Declaration of Michael DeVries, Chief Financial Officer of Benefytt Technologies, Inc. in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5].

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage Jr.
Lacy M. Lawrence
2300 N. Field St., Suite 2300
Dallas, Texas 75201-2481
Phone:  (214) 969-2800
Fax:  (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Scott L. Alberino
Benjamin L. Taylor
2001 K Street, N.W.
Washington, DC 20006-1037
Phone:  (202) 887-4000
Fax:  (202) 887-4288
Email: salberino@akingump.com
Email: taylorb@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Ad Hoc Group of Term Lenders, including, without limitation: (i) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of Texas (the "District Court"); (ii) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (iii) to have the District

2

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) as a waiver of any other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Group of Term Lenders may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 23, 2023

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Lacy M. Lawrence*
Marty L. Brimmage Jr.
(State Bar No. 00793386; S.D. Tex. 30464)
Lacy M. Lawrence
(State Bar No. 24055913; S.D. Tex. No. 995675)
2300 N. Field St., Suite 1800
Dallas, TX 75201
Phone:  (214) 969-2800
Fax:  (214) 969-4343
Email: mbrimmage@akingump.com
           llawrence@akingump.com

-and-

Scott L. Alberino (*pro hac vice* pending)
Benjamin L. Taylor (*pro hac vice* pending)
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
Phone:  (202) 887-4000
Fax:  (202) 887-4288
Email: salberino@akingump.com
           taylorb@akingump.com

*Counsel to the Ad Hoc Group of Term Lenders*

3

## **CERTIFICATE OF SERVICE**

  I certify that on May 23, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                 */s/ Lacy M. Lawrence*
                 Lacy M. Lawrence