| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90566 (CML) |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  District of Columbia and New York :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Benjamin L. Taylor<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>202-887-4000<br>DC (1616236); New York (5424726) |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Term Lenders |
|---|

| Dated: 05/23/2023 | Signed: /s/ Benjamin L. Taylor |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                 United States Bankruptcy Judge