United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90566 (CML) |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  District of Columbia and New York :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Benjamin L. Taylor<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>202-887-4000<br>DC (1616236); New York (5424726) |
|---|---|

Seeks to appear as the attorney for this party:

Ad Hoc Group of Term Lenders

Dated: 05/23/2023    Signed: /s/ Benjamin L. Taylor

COURT USE ONLY: The applicant's state bar reports their status as: Active .

Dated: 05/23/2023    Signed: /s/ Z. Compean
                                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

Christopher Lopez
United States Bankruptcy Judge