United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90566 (CML) |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __District of Columbia__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Scott L. Alberino<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, DC 20006<br>(202) 887-4000<br>District of Columbia (475715) |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Term Lenders |
|---|
| Dated: 05/23/2023     Signed: /s/ Scott L. Alberino |

---

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 05/23/2023     Signed: /s/ Z. Compean
                                Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

_/s/ Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge