UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 4:23-bk-90566 |
|---|---|---|---|
| Debtor | | In Re: | Benefytt Technologies, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Luis M. Lluberas<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>704-331-3548; luislluberas@mvalaw.com<br>North Carolina 38320<br>N/A |
|---|---|

| Name of party applicant seeks to appear for: | Truist Bank |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 5/23/2023    Signed: /s/ [signature]

The state bar reports that the applicant's status is:

Dated:            Clerk's signature:

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                   United States Bankruptcy Judge