UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 4:23-bk-90566 |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc. | |

This lawyer, who is admitted to the State Bar of _____North Carolina_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | James R. Langdon<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br><br>704.331.3705; jimlangdon@mvalaw.com<br>North Carolina 23241 |
|---|---|

Seeks to appear as the attorney for this party:

| Truist Bank |
|---|
| Dated: 5/23/2023       Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:       Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                  United States Bankruptcy Judge