# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 11 |
| | § | |
| BENEFYTT TECHNOLOGIES, INC., *et al.*,[1] | § | CASE NO. 23-90566 (CML) |
| | § | |
| | § | (Joint Administration Requested) |
| *Debtors*. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Truist Bank ("**Truist**"). Pursuant to, among other things, Federal Rules of Bankruptcy Procedure 2002, 7005, 9007 and 9010, Truist requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served on:

> James R. Langdon
> MOORE & VAN ALLEN PLLC
> 100 N. Tryon St., Ste. 4700
> Charlotte, NC 28202
> Telephone: (704) 331-3705
> Facsimile: (704) 331-1159
> jimlangdon@mvalaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), including, without limitation, those Bankruptcy Rules specified above, but also includes, without limitation, any plan and objections thereto, notices of any orders, pleadings, motions, applications,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benefytt Technologies, Inc. (2634); American Service Insurance Agency LLC (9115); Benefytt Reinsurance Solutions, LLC (4601); BimSym-HPIH, LLC (4626); Dawn Acquisition Company, LLC (0909); Daylight Beta Parent Corp. (6788); Health Insurance Innovations Holdings, Inc. (1994); Health Plan Intermediaries Holdings, LLC (0972); Healthinsurance.com, LLC (9525); HealthPocket, Inc. (3710); Insurance Center for Excellence, LLC (4618); RxHelpline, LLC (9940); Sunrise Health Plans, LLC (3872); TogetherHealth Insurance, LLC (9503); TogetherHealth PAP, LLC (8439); and Total Insurance Brokers, LLC (7975). The location of the Debtors' service address is: 3450 Buschwood Park Drive, Suite 200, Tampa, Florida 33618.

complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, Truist, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or Truist may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of Truist.

**PLEASE TAKE FURTHER NOTICE** that Truist intends that neither this Notice of Appearance nor any appearance, pleading, claim or suit shall be deemed or construed as: (a) an election of remedies; (b) a consent by Truist to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Truist; (c) a consent by Truist to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. §157(e) or otherwise; (d) a waiver of the right of Truist to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution; (e) a waiver of the right of Truist to have final orders in non-core matters entered only after de novo review and judgment by a District Court; (f) a waiver of the right of Truist to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal;

(g) a waiver of any past, present or future event of default; or (h) a waiver or limitation of any rights of Truist, including without limitation, a waiver of rights, claims, actions, defenses, set-offs or recoupments to which Truist is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved by Truist.

Respectfully Submitted,

By: */s/ James R. Langdon*

**MOORE & VAN ALLEN, PLLC**

James R. Langdon (*pro hac vice* admission pending)
Luis M. Lluberas (*pro hac vice* admission pending)
100 North Tryon St., Ste. 4700
Charlotte, NC 28202
Telephone: (704) 331-1000 / Fax: (704) 331-1159
Email: jimlangdon@mvalaw.com, luislluberas@mvalaw.com

- and –

**ADAMS AND REESE LLP**

Ron C. Bingham II (*pro hac vice* admission pending)
Monarch Tower
3424 Peachtree Road NE, Suite 1600
Atlanta, Georgia 30326
Telephone: (470) 427-3701 / Fax: (404) 500-5975
Email: ron.bingham@arlaw.com

Nikolaus F. Schandlbauer (*pro hac vice* admission pending)
20 F Street NW
Washington, DC 20001
Telephone: (202) 478-1221
Email: nick.schandlbauer@arlaw.com

Joshua A. Lesser (TX Bar No. 24116663)
LyondellBasell Tower
1221 McKinney St., Ste. 4400
Houston, TX 77010
Telephone: (713) 652-5151 / Fax: (713) 652-5152
Email: joshua.lesser@arlaw.com

*Counsel for Truist Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2023, a true and correct copy of the forgoing Notice of Appearance and Request for Notice was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in these chapter 11 cases.

*/s/ James R. Langdon*
James R. Langdon