UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90566 (CML) |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc., et al., | |

This lawyer, who is admitted to the State Bar of __Illinois__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Joseph M. Graham<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000<br>IL 6306052 |
|---|---|

Seeks to appear as the attorney for this party:

Madison Dearborn Capital Partners VIII-A, L.P., Madison Dearborn Capital Partners VIII, Executive-A, L.P., Madison Dearborn Capital Partners VIII-C, L.P., Madison Dearborn Capital Partners VIII Executive-A2, L.P., and Phoenix 2023 Merger Sub LLC

Dated: 5/23/2023     Signed: /s/ Joseph M. Graham

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                                                            Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                                   United States Bankruptcy Judge