United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 4:23-bk-90566 |
|---|---|---|---|
| Debtor | | In Re: | Benefytt Technologies, Inc. |

| | |
|---|---|
| Lawyer's Name | Ron C. Bingham II |
| Firm | Adams and Reese LLP |
| Street | 3424 Peachtree Road NE, Suite 1600 |
| City & Zip Code | Atlanta, Georgia 30326 |
| Telephone & Email | 470-427-3701, Ron.Bingham@arlaw.com |
| Licensed: State & Number | Georgia 057240 |
| Federal Bar & Number | N/A |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Truist Bank |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/23/2023 | Signed: | /s/ Ron C. Bingham II |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 05/23/2023 | Clerk's signature: | /s/ Z. Compean |
|---|---|---|

**Order**       This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

_____
Christopher Lopez
United States Bankruptcy Judge