United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | | In Re: | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |

| Name of party applicant seeks to appear for: | |

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |

| Dated: | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature: |

**Order**      This lawyer is admitted *pro hac vice*.

Signed:  May 23, 2023

_____
Christopher Lopez
United States Bankruptcy Judge