Case 23-90566 Document 70 Filed in TXSB on 05/23/23 Page 1 of 1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 4:23-bk-90566 |
|---|---|---|---|
| Debtor | | In Re: | Benefytt Technologies, Inc. |

| | |
|---|---|
| Lawyer's Name | Luis M. Lluberas |
| Firm | Moore & Van Allen PLLC |
| Street | 100 N. Tryon Street, Suite 4700 |
| City & Zip Code | Charlotte, North Carolina 28202 |
| Telephone & Email | 704-331-3548; luislluberas@mvalaw.com |
| Licensed: State & Number | North Carolina 38320 |
| Federal Bar & Number | N/A |

| Name of party applicant seeks to appear for: | Truist Bank |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/23/2023 | Signed: *[signature]* |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 05/23/2023 | Clerk's signature: /s/ Z. Compean |

**Order**     This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

_____
Christopher Lopez
United States Bankruptcy Judge