United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 4:23-bk-90566 |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc. | |

This lawyer, who is admitted to the State Bar of ___North Carolina___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | James R. Langdon<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br><br>704.331.3705; jimlangdon@mvalaw.com<br>North Carolina 23241 |

Seeks to appear as the attorney for this party:

| Truist Bank | |
|---|---|
| Dated: 5/23/2023 | Signed: [signature] |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. | |
| Dated: 05/23/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

Christopher Lopez
United States Bankruptcy Judge