United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90566 (CML) |
|---|---|---|---|
| Debtor | In Re: | Benefytt Technologies, Inc., et al., | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Paul M. Basta<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000<br>NY 2568046 |
|---|---|

Seeks to appear as the attorney for this party:

Madison Dearborn Capital Partners VIII-A, L.P., Madison Dearborn Capital Partners VIII, Executive-A, L.P., Madison Dearborn Capital Partners VIII-C, L.P., Madison Dearborn Capital Partners VIII Executive-A2, L.P., and Phoenix 2023 Merger Sub LLC

Dated: 5/23/2023        Signed: /s/ Paul M. Basta

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 05/23/2023       Signed: /s/ Z. Compean
                                Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: May 23, 2023

Christopher Lopez
United States Bankruptcy Judge