**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BENEFYTT TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-90566 (CML) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

 I, Leticia Sanchez, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

 On May 23, 2023, at my direction and under my supervision employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Declaration of Richard W. Morgner in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 2)

- **Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 3)

- **Designation of Complex Chapter 11 Bankruptcy Case** (Docket No. 4)

- **Declaration of Michael Devries, Chief Financial Officer of Benefytt Technologies, Inc., in Support of Chapter 11 Petitions and First Day Motions** (Docket No. 5)

- **Declaration re: Declaration of Roy Gallagher, Senior Managing Director of Ankura**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Benefytt Technologies, Inc. (2634); American Service Insurance Agency LLC (9115); Benefytt Reinsurance Solutions, LLC (4601); BimSym-HPIH, LLC (4626); Dawn Acquisition Company, LLC (0909); Daylight Beta Intermediate Corp. (7248); Daylight Beta Intermediate II Corp. (8842); Daylight Beta Parent Corp. (6788); Health Insurance Innovations Holdings, Inc. (1994); Health Plan Intermediaries Holdings, LLC (0972); Healthinsurance.com, LLC (9525); HealthPocket, Inc. (3710); Insurance Center for Excellence, LLC (4618); RxHelpline, LLC (9940); Sunrise Health Plans, LLC (3872); TogetherHealth Insurance, LLC (9503); TogetherHealth PAP, LLC (8439); and Total Insurance Brokers, LLC (7975).  The location of the Debtors' service address is:  3450 Buschwood Park Drive, Suite 200, Tampa, Florida 33618.

**Consulting Group, LLC, in Support of (I) the Debtors' First Day Motions and (II) the Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Utilize Cash Collateral, (C) Granting Liens and Superpriority Administrative Expense Claims, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, and (F) Granting Related Relief** (Docket No. 6)

- **Emergency Motion Seeking Entry of an Order Authorizing the Debtors to File the DIP Agent Fee Letter Under Seal** (Docket No. 7)

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 8)

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief** (Docket No. 10)

- **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensations, and Reimbursable Expenses, (B) Continue Employee Benefits Programs, and (II) Granting Related Relief** (Docket No. 11)

- **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain and Administer their Existing Customer and Partner Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief** (Docket No. 12)

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief** (Docket No. 13)

- **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Amend, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain the Surety Bonds, and (II) Granting Related Relief** (Docket No. 14)

- **Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief** (Docket No. 15)

- **Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed**

**Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief** (Docket No. 16)

- **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief** (Docket No. 17)

- **Motion Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing, Effective as of the Petition Date, (A) the Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property and (II) Granting Related Relief** (Docket No. 18)

- **Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers Of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief** (Docket No. 19)

- **Motion for Entry of an Order Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases** (Docket No. 20)

- **Emergency Motion Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent** (Docket No. 21)

- **Emergency Motion for Entry of an Order (I) Establishing the Claims Bar Date, (II) Re-Establishing the Governmental Bar Date, (III) Establishing the Rejection Damages Bar Date and the Amended Schedules Bar Date, (IV) Approving the Form Of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (V) Approving Notice of Bar Dates** (Docket No. 22)

- **Exhibit List, Witness List** (Docket No. 31)

- **Notice of Electronic Hearing** (Docket No. 34)

- **Agenda for Hearing on 5/23/2023** (Docket No. 43)

Furthermore, on May 23, 2023, at my direction and under my supervision employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Amend, Extend, or Purchase Insurance**

**Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain the Surety Bonds, and (II) Granting Related Relief** (Docket No. 14)

- **Exhibit List, Witness List** (Docket No. 31)

- **Notice of Electronic Hearing** (Docket No. 34)

- **Agenda for Hearing on 5/23/2023** (Docket No. 43)

Furthermore, on May 23, 2023, at my direction and under my supervision employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief** (Docket No. 15)

- **Exhibit List, Witness List** (Docket No. 31)

- **Notice of Electronic Hearing** (Docket No. 34)

- **Agenda for Hearing on 5/23/2023** (Docket No. 43)

Furthermore, on May 23, 2023, at my direction and under my supervision employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit D**:

- **Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief** (Docket No. 16)

- **Exhibit List, Witness List** (Docket No. 31)

- **Notice of Electronic Hearing** (Docket No. 34)

- **Agenda for Hearing on 5/23/2023** (Docket No. 43)

Furthermore, on May 23, 2023, at my direction and under my supervision employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit E**:

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related**

**Relief** (Docket No. 10)

- **Exhibit List, Witness List** (Docket No. 31)

- **Notice of Electronic Hearing** (Docket No. 34)

- **Agenda for Hearing on 5/23/2023** (Docket No. 43)

Furthermore, on May 23, 2023, at my direction and under my supervision employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit F**:

- **Motion Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing, Effective as of the Petition Date, (A) the Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property and (II) Granting Related Relief** (Docket No. 18)

- **Exhibit List, Witness List** (Docket No. 31)

- **Notice of Electronic Hearing** (Docket No. 34)

- **Agenda for Hearing on 5/23/2023** (Docket No. 43)

Furthermore, on May 23, 2023, at my direction and under my supervision employees of Stretto caused the following documents to be served via facsimile on the service list attached hereto as **Exhibit G**:

- **Notice of Electronic Hearing** (Docket No. 34)

- **Agenda for Hearing on 5/23/2023** (Docket No. 43)

Dated: May 23, 2023

   _/s/ Leticia Sanchez_
Leticia Sanchez
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-265-6326
Email: TeamBenefytt@stretto.com

# **Exhibit A**



**Exhibit A**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|------|-------------|-------------|-------|
| Ad Hoc Group | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Scott Alberino, Zachary Wittenberg, and Benjamin Taylor | salberino@akingump.com<br>zwittenberg@akingump.com<br>taylorb@akingump.com |
| Anderson Kill P.C. | Attn: Joshua Gold | | Jgold@andersonkill.com |
| Ares Capital Corporation | c/o Corpsmart | | filings@corp-smart.com |
| Assurance IQ, Inc | Attn.: Chief Legal Officer | | legaladmin@assurance.com |
| Baker & McKenzie LLP | Attn: Ben Davis | | Benjamin.davis@bakermckenzie.com |
| Benesch Friedlander Coplan & Aronoff | Attn: Mark S. Eisen | | MEisen@beneschlaw.com |
| BimSym eBusiness Solutions | Attn: Rajesh Patel | | patelrn@bimsym.com |
| Blend360, LLC | Attn: Porasah White | | toa@blend360.com |
| Bruch Hanna LLP | Attn: Danielle Richardson | | drichardson@bruchlawgroup.com |
| Burke Law Offices, LLC | Attn: Alexander H. Burke; Daniel J. Marovitch | | aburke@burkelawllc.com<br>dmarovitch@burkelawllc.com |
| Cardenas Partners | Attn: Al Cardenas | | AC@CardenasPartners.com |
| Charles River Associates | Attn: Mark Waterhouse | | client@crai.com |
| Cisco Systems Capital Corp | c/o CSC | | filingdept@cscinfo.com |
| Cotiviti Inc. | Attn: Virginia Guerriero | | brett.magun@cotiviti.com |
| Data-Mail, Inc. | Attn: Michelle Cech | | General@data-mail.com |
| District of Columbia | Office of The Attorney General | | oag@dc.gov |
| Five9 Inc. | Attn: David W. Hill | | billing@five9.com |
| Foley & Lardner LLP | | | accountsreceivable@foley.com |
| Highwoods Realty Limited Partnership | Attn: Ann Bazin | | Information@highwoods.com |
| King & Spalding LLP | Attn: David Balser | | Dbalser@KSLaw.com |
| Locke Lord LLP | Attn: Kurt Krolikowski | | kkrolikowski@lockelord.com |
| DIP Lender | c/o Madison Dearborn Capital Partners | Attn: Vahe Dombalagian, Michael Dolce, and Matthew Raino | vdombalagian@mdcp.com<br>mdolce@mdcp.com<br>mraino@mdcp.com<br>legalcmdcp.com |
| Mark Longaro | Attn: Mark Longaro | | Marklongaro@gmail.com |
| Prepetition Revolving Agent | c/o Moore & Van Allen PLLC | Attn: Luis Lluberas and James R. Langdon | lluberas@mvalaw.com<br>jimlangdon@mvalaw.com |
| Moore & Van Allen PLLC | Attn: Helen Nickel; Julie Allen | | helennickel@mvalaw.com<br>julieallen@mvalaw.com |
| Nelson Taplin Goldwater Inc | | | mgrillo@taplinlaw.net |
| Office of the U.S. Trustee | Attn: Hector Duran, Alicia Barcomb & C. Ross Travis | | hector.duran.jr@usdoj.gov<br>alicia.barcomb@usdoj.gov<br>c.ross.travis@usdoj.gov |
| Ogletree Deakins | Attn: Jennifer Monrose Moore | | jennifer.moore@ogletree.com |
| DIP Lender | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul Basta, Joseph M. Graham, Leslie Liberman, and Lucien Wang | pbasta@paulweiss.com<br>jgraham@paulweiss.com<br>lliberman@paulweiss.com<br>lwang@paulweiss.com |
| Potter Anderson & Corroon, LLP | Attn: Tyuanna Booker | | ContactUs@potteranderson.com |
| ProMedia | Attn: Jonathan Peress | | jonathan@promedia.com |
| Richard Celler Legal, P.A. | Attn: Noah E Storch | | noah@floridaovertimelawyer.com |



**Exhibit A**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| DIP Agent | c/o Ropes & Gray LLP | Attn: Mark L. Somerstein and Regina Gromen | mark.somerstein@ropesgray.com regina.gromen@ropesgray.com |
| Softchoice Corporation | | | aradmin@softchoice.com |
| State of Alabama | Office of The Attorney General | | consumerinterest@Alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Arkansas | Office of The Attorney General | | OAG@ARKANSASAG.GOV |
| State of California | Office of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Florida | Office of The Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of The Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of The Attorney General | | lawrence.wasden@ag.idaho.gov AGWasden@ag.idaho.gov |
| State of Illinois | Office of The Attorney General | | info@lisamadigan.org |
| State of Iowa | Office of The Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Attn: Attorney General Derek Schmidt | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Dept. of Justice - Attorney General's Office | | admininfo@ag.state.la.us |
| State of Maine | Office of the Attorney General | | attorney.general@maine.gov |
| State of Maryland | Office of The Attorney General | | oag@oag.state.md.us |
| State of Minnesota | Office of The Attorney General | | Attorney.General@ag.state.mn.us |
| State of Missouri | Office of The Attorney General | | consumer.help@ago.mo.gov |
| State of Montana | Office of The Attorney General | | contactdoj@mt.gov |
| State of New Hampshire | Office of The Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of The Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of The Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of The Attorney General | | ellen.rosenblum@dog.state.or.us attorneygeneral@doj.state.or.us |
| State of Rhode Island | Office of The Attorney General | | ag@riag.ri.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of The Attorney General | | consumer@wvago.gov |
| SunTrust Bank | c/o Cogency Global Inc. | | jtindie@nationalcorp.com cmartyniouk@cogencyglobal.com |
| Tatum Reinsurance Intermediary LLC | Attn: Dan Moser | | dhagger@tatumreinsurance.com |
| Prepetition Revolving Agent | c/o Truist Bank | Attn: Juan De Jesus-Caballero, Senior Vice President | juan.dejesus-cabellero@truist.com |
| Truist Bank | c/o Cogency Global Inc. | | lyakel@cogencyglobal.com bmcglynn@cogencyglobal.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |

# **Exhibit B**



**Exhibit B**

Served Via Electronic Mail

| NAME | ATTENTION | EMAIL |
|---|---|---|
| Acrisure, LLC dba Adcock-Adcock Property & Casualty Agency | | laylap@adcock-insurance.com |
| Allianz | Allianz Global Assistance Claims Department | claimsinquiry@allianzassistance.com |
| AmTrust North America | | hunter.hoffmann@amtrustgroup.com |
| Aon PLC | | investors@asc.aon.com |
| Arizona Department of Insurance | | investigations@azinsurance.gov; consumers@azinsurance.gov |
| AXA XL | | khem.lewis@axaxl.com |
| Beazley | | usainfo@beazley.com |
| Chubb | | Claims.SmallBusiness@Chubb.com |
| CNA | | CNA_help@cna.com |
| Fairfax Financial (USA) Group | | info@fairfax.ca |
| Financial Institutions Division, Department of Business and Industry, State of Nevada | | Fidmaster@fid.state.nv.us |
| Great American Insurance Group | | contactus@gaig.com |
| Hudson | | HudsonClaims300@hudsoninsgroup.com |
| Insurance Commissioner, State of Utah | | comm@utah.gov |
| Insurance Division of Iowa | | Producer.Licensing@iid.iowa.gov |
| Intact | | DenverClericalSupport@intactinsurance.com |
| Maine Bureau of Insurance | | Insurance.PFR@maine.gov |
| Markel Corp. Group | | legalregulatory@markel.com |
| Maryland Insurance Administration | | ceau.mia@maryland.gov |
| Nautilus Insurance Company | | nicmarketing@nautilus-ins.com |
| NFP Corporation | | gary.pestana@nfp.com |
| Office of the Commissioner of Insurance, Agent Licensing Section, State of Wisconsin | | ocicomplaints@wisconsin.gov |
| South Carolina Department of Insurance | | info@doi.sc.gov |
| Stahl & Associates | | stahlcerts@stahlinsurance.com |
| Starr | | thomas.byington@starrcompanies.com |
| State of Georgia Office of Insurance and Safety Fire Commissioner | | consumer@oci.ga.gov |
| State of Illinois Department of Insurance | | DOI.InfoDesk@illinois.gov |
| State of Missouri, Department of Insurance, Financial Institutions and Professional Registration | | consumer.protection@state.mn.us |
| Texas Department of Insurance | | MediaRelations@tdi.texas.gov |

# Exhibit C



**Exhibit C**
Served Via Electronic Mail

| NAME | EMAIL |
|---|---|
| Administrator of Unclaimed Property Office | upreports@wyo.gov |
| Arkansas Secretary of State | corporations@sos.arkansas.gov |
| Arkansas Unclaimed Property Division | claimit@arauditor.com |
| Auditor of State Unclaimed Property Division | claimit@arauditor.com |
| Broward County Tax Collector | revenue@broward.org |
| City of Lake Mary | mmccurdy@lakemaryfl.com abranton@lakemaryfl.com |
| City of Port St. Lucie | taxcollector@tcslc.com |
| Colorado Department of Treasury Unclaimed Property Division | GreatCOPayback@state.co.us |
| Commissioner of Revenue Services | DRS@ct.gov |
| Commonwealth of Massachusetts | allison.oneil@lockelord.com |
| Commonwealth of PA Unclaimed Property | tupmail@patreasury.gov |
| Comptroller of Maryland Unclaimed Property Unit | unclaim@marylandtaxes.gov |
| County of Santa Clara | scctax@fin.sccgov.org |
| DC Treasurer | Stephanie.Jeter@dc.gov |
| Delaware Department of Finance, Office of Unclaimed Property | escheat.holderquestions@delaware.gov |
| Delaware Division of Revenue | Christie.Meaders@delaware.gov |
| Delaware Secretary of State | corp@delaware.gov DOSDOC_Ftax@delaware.gov |
| Department of Revenue | CorpTax@dor.sc.gov |
| Department of Revenue Services | DRS@ct.gov |
| Department of Revenue WA | WAUCPHolders@dor.wa.gov |
| Department of State | FICARReinstCorpHelp@DOS.MyFlorida.com |
| Department of State Lands Unclaimed Property | claims@ost.state.or.us holder@ost.state.or.us |
| Department of State NY | corporations@dos.ny.gov |
| Department of State PA | RA-CORPS@pa.gov |
| Director of Insurance, State of Illinois | DOI.InfoDesk@illinois.gov |
| Florida Department of Financial Services | EReporting@MyFloridaCFO.com |
| Florida Department of Revenue | emailDOR@floridarevenue.com |
| Georgia Department of Revenue Unclaimed Property Program | ucp.reporting@dor.ga.gov |
| Idaho Secretary of State | business@sos.idaho.gov |
| Idaho State Tax Commission | taxrep@tax.idaho.gov |



**Exhibit C**
Served Via Electronic Mail

| NAME | EMAIL |
|---|---|
| Idaho Unclaimed Property | UCPBusinessQuestions@sto.idaho.gov |
| Illinois Department of Revenue | REV.TA-BIT-WIT@illinois.gov |
| Kansas Department of Revenue | kdor_tac@ks.gov |
| Kansas Unclaimed Property Dept | unclaimed@treasurer.ks.gov |
| Kentucky State Treasury Unclaimed Property Division | Unclaimed.property@ky.gov |
| Maine Revenue Services | corporate.tax@maine.gov |
| Maine Secretary of State | cec.corporations@maine.gov |
| Minnesota Department of Commerce | unclaimed.property@state.mn.us |
| MN Secretary of State | business.services@state.mn.us |
| Montana Secretary of State | sosbusiness@mt.gov |
| Nebraska Dept. of Revenue | rev.taxclear@nebraska.gov |
| Nebraska State Treasurer's Office, Unclaimed Property Division | NST.UPHolderReporting@nebraska.gov |
| New Mexico Secretary of State | Business.Services@state.nm.us |
| New Mexico Taxation And Revenue Department, Unclaimed Property | stephanie.dennis@tax.nm.gov |
| North Dakota Department of Trust Lands Unclaimed Property Division | unclaimed@nd.gov |
| North Dakota Office of State Tax Commissioner | taxregistration@nd.gov |
| Office of the Commissioner of Financial Institutions | valores@ocif.gobierno.pr |
| Office of the General Treasurer Unclaimed Property Division | ups@treasury.ri.gov |
| Office of UC Tax Services | uc-news@pa.gov |
| Ohio Division of Unclaimed Funds | unfdcompliance@com.ohio.gov |
| Oklahoma State Treasurer, Unclaimed Property Division | Unclaimed@treasurer.ok.gov |
| Oregon Department of Revenue | corp.help.dor@dor.oregon.gov businessAlternative.IncomeTax@dor.oregon.gov |
| RI Department of State | corporations@sos.ri.gov |
| SC Department of Revenue | CorpTax@dor.sc.gov RegistrationforTaxes@dor.sc.gov |
| Secretary of State | kssos@ks.gov |
| Secretary of State | corps@sos.wa.gov |
| Secretary of State Corporations Division | INBiz.in.gov INBiz@sos.in.gov |



**Exhibit C**
Served Via Electronic Mail

| NAME | EMAIL |
|---|---|
| Secretary of State CT | bsd@ct.gov |
| Secretary of State IN | INBiz.in.gov<br>INBiz@sos.in.gov |
| Secretary of State KS | kssos@ks.gov |
| Secretary of State NC | sop@sosnc.gov |
| Secretary of State NV | sosmail@sos.nv.gov |
| Secretary of State of Iowa | sos@sos.iowa.gov |
| Secretary of State SD | corpinfo@state.sd.us |
| Secretary of State TX | Corpinfo@sos.texas.gov |
| Secretary of State WV | Business@wvsos.gov |
| South Dakota State Treasurer Unclaimed Property Program | holders@state.sd.us |
| State Corporation Commission | sccefile@scc.virginia.gov |
| State Department of Assessments and Taxation | sdat.cscc@maryland.gov |
| State of Alabama, Office of State Treasurer | unclaimed@treasury.alabama.gov |
| State of Alaska | insurance@alaska.gov |
| State of Alaska, Unclaimed Property Program | ucpholder@alaska.gov |
| State of Arkansas Corp Income Tax | Corporation.Income@dfa.arkansas.gov |
| State of Delaware | berg@delaware.gov |
| State of Hawaii | dbedt.director@hawaii.gov |
| State of Indiana | updholder@atg.in.gov |
| State of Maryland | compliance@marylandtaxes.gov |
| State of Michigan | TreasUPDReporting@michigan.gov |
| State of Michigan | BPLHelp@Michigan.gov |
| State of Mississippi State Treasurer, Unclaimed Property Division | Unclaimed@treasury.ms.gov |
| State of Missouri | licensing@insurance.mo.gov |
| State of Montana | csi@mt.gov |
| State of Nevada | detradmn@detr.nv.gov |
| State of Nevada, Office of the Treasurer Nevada Unclaimed Property | unclaimedhelp@nevadatreasurer.gov |
| State of New Hampshire | dra.collections@dra.nh.gov |
| State of New Hampshire | corporate@sos.nh.gov |
| State of North Dakota | insurance@nd.gov |
| State of Oregon | dcbs.info@dcbs.oregon.gov |
| State of Rhode Island | Tax.Corporate@tax.ri.gov |



**Exhibit C**
Served Via Electronic Mail

| NAME | EMAIL |
|---|---|
| State of Tennessee, Unclaimed Property Division | ucp.information@tn.gov |
| State Treasurer's Office Unclaimed Property Program | unclaimed@sto.sc.gov |
| Tennessee Department of Revenue | Revenue.Collection@tn.gov |
| Texas Comptroller of Public Accounts - Unclaimed Property | unclaimed.property@cpa.texas.gov |
| The State of Wisconsin | tabetha.otten@dpi.wi.gov |
| Treasurer of The State of IL Unclaimed Property Division | UP_Report@Illinoistreasurer.gov |
| Treasurer State of Maine | state.treasurer@maine.gov |
| Treasurer, State of Connecticut | cid.admin@ct.gov |
| Treasurer, State of Connecticut | insurance@ct.gov<br>cid.licensing@ct.gov |
| Treasurer, State of Iowa | treasurer@tos.iowa.gov |
| Treasurer, State of Maine | state.treasurer@maine.gov |
| Treasurer, State of Maine | compliance.tax@maine.gov |
| Treasurer, State of Maine | Insurance.PFR@maine.gov |
| Treasurer, State of New Hampshire | info@treasury.nh.gov |
| Treasurer, State of Ohio | insurance.ohio.gov |
| Treasurer's Office Unclaimed Property Division | ucprop@utah.gov |
| Unclaimed Property Division | fondosnoreclamados@ocif.pr.gov |
| Utah State Tax Commission | taxmaster@utah.gov |
| Utah State Treasurer | sto@utah.gov |
| Vermont Dept. of Taxes | tax.individualincome@vermont.gov |
| Virginia Department of Taxation | heather.cooper@tax.virginia.gov |
| Virginia Treasury | ucpmail@trs.virginia.gov |
| Wa State Dept. of Labor & Industry | tumwater@Lni.wa.gov |
| Washington Department of Revenue | DORMedia@dor.wa.gov |
| West Virginia State Tax Department | TaxHelp@WV.Gov |
| Wisconsin Departmen of Revenue Unclaimed Property Section | DORUnclaimedProperty@wisconsin.gov |
| Wisconsin Department of Revenue | delnqtax@revenue.wi.gov |
| Wyoming Secretary of State | SecOfState@wyo.gov |

# Exhibit D



**Exhibit D**
Served Via Electronic Mail

| NAME | EMAIL |
|---|---|
| AT&T Corp | accbusinesscare@att.com |
| City of Port St. Lucie | utility@cityofpsl.com |
| Comcast Cable Communications Management, LLC | esl_corp@cable.comcast.com |
| CyraCom International, Inc. | support@cyracom.com |
| Sunrise SubLease Agreement with Synechron, Inc. | info@synechron.com |

# **<u>Exhibit E</u>**



**Exhibit E**

Served Via Electronic Mail

| NAME | EMAIL |
|---|---|
| Woodforest | info@woodforest.com |
| | CustomerAdvocacy@woodforest.com |

# **Exhibit F**



**Exhibit F**
Served Via Electronic Mail

| NAME | ATTENTION | EMAIL |
|------|-----------|-------|
| 2100 West Cypress Creek Road Associates, LLC | c/o Hotwire Communications | info@hotwiremail.com<br>cs@hotwiremail.com |
| Assurance IQ | | press@assurance.com |
| Assurance IQ | Attn: Chief Legal Officer | legaladmin@assurance.com |
| Highwoods Properties, Inc. | Attn: Lease Administrator | mburagas@highwoods.com<br>rick.dehnert@highwoods.com |
| Highwoods Realty Limited Partnership | Attn: Manager, Lease Administration | sara.carlton@highwoods.com |
| Pro-Media Inc. | | info@promedia.com |

# **Exhibit G**



**Exhibit G**
Served Via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| 2100 West Cypress Creek Road Associates, LLC | Hotwire Communications | 610-642-9812 |
| Alaska Department of Revenue, Tax Division | | 907-269-6644 |
| AmTrust North America | | 212-220-7130 |
| Anderson Kill P.C. | Attn: Joshua Gold | 212-278-1733 |
| Ares Capital Corporation | c/o Corpsmart | 800-737-8012 |
| Arizona Department of Insurance | | 602-912-8419 602-364-2505 |
| Arizona Department of Revenue | | (602) 542-4771 |
| Arkansas Unclaimed Property Division | | (501) 683-4285 |
| Auditor of State Unclaimed Property Division | | (501) 683-4285 |
| Baker & McKenzie LLP | Attn: Ben Davis | 305-789-8953 |
| Beazley | | 860-679 0247 |
| Benesch Friedlander Coplan & Aronoff | Attn: Mark S. Eisen | 312-767-9192 |
| BimSym eBusiness Solutions | Attn: Rajesh Patel | 215-639-2829 |
| Bruch Hanna LLP | Attn: Danielle Richardson | 202-969-1625 |
| California State Controller | | (916) 464-6222 |
| California State Controller | | (916) 322-4404 |
| Charles River Associates | Attn: Mark Waterhouse | 617-425-3132 |
| Chubb | | 212-703-7009 |
| Cisco Systems Capital Corp | c/o CSC | 800-858-5294 |
| City of Lake Mary | | 407-585-1498 |
| City of Tampa - Business Tax Division | | (813) 274-8723 |
| Comcast Cable Communications Management, LLC | | 215-981-7790 |
| Cornerstone Research, Inc. | Attn: Leo Li | 415.229.8199 |
| County of Santa Clara | | (408) 279-0357 |
| DC Treasurer | | (202) 442-6885 |
| Department of Revenue | | (601) 923-7344 |
| District of Columbia | Office of The Attorney General | 202-347-8922 |



**Exhibit G**
Served Via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| Ellis County Tax Assessor-Collector | | (972) 825-5150 |
| Fairfax Financial (USA) Group | | 416-367-4946 |
| Financial Institutions Division, Department of Business and Industry, State of Nevada | | 702-486-4563 |
| Foley & Lardner LLP | | 414.297.4900 |
| Highwoods Properties, Inc. | Attn: Lease Administrator | 813-879-5644 |
| Highwoods Realty Limited Partnership | Attn: Manager, Lease Administration | 919-876-2448 |
| Insurance Commissioner, State of Utah | | 385-465-6047 |
| Insurance Division of Iowa | | 515-654-6500 |
| Intact | | 888.364.6002 |
| Internal Revenue Service | | 267-941-1015 |
| Kentucky Department of Revenue | | 502-564-0058 |
| Kentucky State Treasurer | | 502-564-0058 |
| Kentucky State Treasurer | | 502-564-0058 |
| Kentucky State Treasurer | | 502-564-0058 |
| Kentucky State Treasurer | | 502-564-0058 |
| Kentucky State Treasury Uncliamed Property Division | | 502-564-4200 |
| King & Spalding LLP | Attn: David Balser | 404-572-5100 |
| Locke Lord LLP | Attn: Kurt Krolikowski | 713-229-2676 |
| Maine Bureau of Insurance | | 207-624-8599 |
| Maine Revenue Services | | 207-624-9694 |
| Maine Secretary of State | | 207-287-5428 |
| Moore & Van Allen PLLC | Attn: Helen Nickel; Julie Allen | 704-331-3713 704-331-3745 |
| Nautilus Insurance Company | | 480-951-9730 |
| NERA Economic Consulting | | 212-345-4650 |
| Office of the Commissioner of Financial Institutions | | 787-723-4225 |
| Office of the Commissioner of Insurance, Agent Licensing Section, State of Wisconsin | | 608-266-9935 |



**Exhibit G**
Served Via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| Office of the U.S. Trustee | Attn: Hector Duran, Alicia Barcomb & C. Ross Travis | 713-718-4670 |
| Ogletree Deakins | Attn: Jennifer Monrose Moore | 813-289-6530 |
| Oklahoma Insurance Department | | 405-521-6635 |
| Potter Anderson & Corroon, LLP | Attn: Tyuanna Booker | 302.658.1192 |
| RI Department of State | | 401-222-1309 |
| Richard Celler Legal, P.A. | Attn: Noah E Storch | 954-337-2771 |
| Scottsdale Insurance Company | | 480-483-6752 |
| Secretary of State | | 225.932.5314 |
| Secretary of State CT | | (860) 509-6069 |
| Secretary of State LA | | 225.932.5314 |
| Secretary of State NC | | 919 814-5393 |
| Secretary of State NV | | 775-684-5725 |
| Secretary of State of Iowa | | 515-242-5953 |
| Secretary of State OK | | 405-521-3771 |
| Secretary of State SD | | 605-773-4550 |
| Secretary of State WV | | (304) 558-8381 |
| SourceLink Carolina, LLC | Attn: Amy Kostos | 864-370-2375 |
| South Carolina Department of Insurance | | 803-737-6205 |
| Stahl & Associates | | 727-393-5623 |
| State of Alabama | Office of The Attorney General | 334-242-2433 |
| State of Alaska | Office of the Attorney General | 907-276-3967 |
| State of Alaska | | (907) 269-7910 |
| State of Alaska, Unclaimed Property Program | | (907) 465-2394 |
| State of Arizona | Office of The Attorney General | 602-542-4085 |
| State of Arkansas | Office of The Attorney General | 501-682-8084 |
| State of Arkansas Corp Income Tax | | 501-682-7114 |
| State of California | Office of The Attorney General | 916-323-5341 |
| State of Colorado | Office of The Attorney General | 720-508-6030 |
| State of Connecticut | Office of The Attorney General | 860-808-5387 |
| State of Florida | Office of The Attorney General | 850-410-1630 |
| State of Georgia | Office of The Attorney General | 404-657-8733 |



**Exhibit G**
Served Via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| State of Georgia Office of Insurance and Safety Fire Commissioner | | 404-657-8542 |
| State of Hawaii | Office of The Attorney General | 808-586-1239 |
| State of Idaho | Office of The Attorney General | 208-854-8071 |
| State of Idaho | | 208-334-4398 |
| State of Indiana | Office of The Indiana Attorney General | 317-232-7979 |
| State of Iowa | Office of The Attorney General | 515-281-4209 |
| State of Kansas | Attn: Attorney General Derek Schmidt | 785-296-6296 |
| State of Kentucky | Attorney General - Daniel Cameron | 502-564-2894 |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 225-326-6793 |
| State of Michigan | | 517-763-0420 |
| State of Michigan | | 517-636-4520 |
| State of Michigan | | 517-241-9416 |
| State of Minnesota | Office of The Attorney General | 651-282-2155 |
| State of Mississippi | Office of The Attorney General | 601-359-4231 |
| State of Missouri | Office of The Attorney General | 573-751-5818 |
| State of Missouri | | 573-526-3416 |
| State of Montana | Office of The Attorney General | 406-444-3549 |
| State of Montana | | 406.444.3413 |
| State of Nebraska | Office of The Attorney General | 402-471-3297 |
| State of Nevada | Office of The Attorney General | 775-684-1108 |
| State of New Hampshire | Office of The Attorney General | 603-271-2110 |
| State of New Jersey | Office of The Attorney General | 609-292-3508 |
| State of New Jersey, General Treasury | | 609-292-2437 |
| State of New Mexico | Office of The Attorney General | 505-490-4883 |
| State of New York | Office of The Attorney General | 866-413-1069 |
| State of North Carolina | Office of The Attorney General | 919-716-6050 |
| State of North Dakota | Office of The Attorney General | 701-328-2226 |
| State of Oklahoma | Office of The Attorney General | 405-521-6246 |
| State of Oregon | Office of The Attorney General | 503-378-4017 |
| State of Oregon | | 503-947-0088 |



**Exhibit G**
Served Via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| State of Pennsylvania | Office of The Attorney General | 717-787-8242 |
| State of Rhode Island | Office of The Attorney General | 401-274-3050 |
| State of South Carolina | Office of The Attorney General | 803-253-6283 |
| State of South Carolina | Office of The Attorney General | |
| State of South Dakota | Office of The Attorney General | 605-773-4106 |
| State of Tennessee | Office of The Attorney General | 615-741-2009 |
| State of Texas | Office of The Attorney General | 512-475-2994 |
| State of Utah | Office of The Attorney General | 801-538-1121 |
| State of Utah | Office of The Attorney General, Sean D. Reyes | 801-538-1121 |
| State of Vermont | Office of The Attorney General | 802-828-3187 802-828-2154 |
| State of Virginia | Office of The Attorney General | 804-225-4378 |
| State of West Virginia | Office of The Attorney General | 304-558-0140 |
| State of Wisconsin | Office of The Attorney General | 608-267-2779 |
| State of Wyoming | Office of The Attorney General | 307-777-6869 |
| Stiles Property Fund LP | | 954-627-9188 |
| Texas Comptroller of Public Accounts - Unclaimed Property | | 888-908-9991 |
| The State of Wisconsin | | 608-267-9275 |
| Treasurer State of Maine | | 207-287-2367 |
| Treasurer, State of Connecticut | | 860-566-7410 |
| Treasurer, State of Iowa | | 515-281-3906 515-281-7562 |
| Treasurer, State of Maine | | 207-287-2367 |
| Treasurer, State of Maine | | 207-287-6627 |
| Treasurer, State of Maine | | 207-624-859 |
| Treasurer, State of New Hampshire | | 603-271-3922 |
| Treasurer, State of Ohio | | 614-644-3256 |
| Treasurer's Office Unclaimed Property Division | | 801-715-3309 |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 713-718-3300 |
| Utah State Tax Commission | | 801-297-3573 801-297-7699 |
| Utah State Treasurer | | 801-538-1465 |



**Exhibit G**
Served Via Facsimile

| NAME | ATTENTION | FAX |
|---|---|---|
| Vermont Dept. of Taxes | | 802-828-2720 |
| Virginia Department of Taxation | | 804.254.6113 |
| Virginia Treasury | | 804-225-3187 |
| W. R. BERKLEY CORPORATION | | 203-629-3074 |
| Wa State Dept. of Labor & Industry | | 360-902-5792 |
| Washington Department of Revenue | | 360-705-6699 |
| Weisslaw LLP | Attn: Richard A. Acocelli; Michael A. Ro | 302-778-4000 |
| Wells Fargo | | 1-844-879-0544 |
| Wisconsin Departmen of Revenue Unclaimed Property Section | | 608-261-6226 |
| Wyoming Insurance Department | | 307-777-2446 |
| Wyoming State Treasurer | | 307-777-2446 |