Electronic Appearance Sheet

Leslie Liberman, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): The Consenting Sponsors, and the DIP Lender

Paul Basta, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): The Consenting Sponsor, and the DIP Lender

Joseph Graham, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): The Consenting Sponsor, and the DIP Lender

Mark Somerstein, Ropes & Gray LLP
Client(s): Wilmington Savings Fund Society, as Agent

Nikolaus Schandlbauer, Adams and Reese LLP
Client(s): Truist Bank, Priority Revolving Agent

Ron Bingham, Adams and Reese, LLP
Client(s): Truist Bank, the Priority Revolving Agent

Kevin Capuzzi, Benesch, Friedlander, Coplan & Aronoff LLP
Client(s): Benesch, Friedlander, Coplan & Aronoff LLP

Leticia Sanchez, Stretto
Client(s): Proposed Claims and Noticing Agent

Jennifer Wertz, Jackson Walker LLP
Client(s): Co-Counsel to the Debtors

Victoria Argeroplos, Jackson Walker LLP
Client(s): Co-Counsel to the Debtors

John Machir Stull, Jackson Walker LLP
Client(s): Co-Counsel to the Debtors

John Luze, Kirkland & Ellis LLP
Client(s): Co-Counsel to the Debtors

Chris Ceresa, Kirkland & Ellis LLP
Client(s): Co-Counsel to the Debtors

Ravi Subramanian Shankar, Kirkland & Ellis LLP
Client(s): Co-Counsel to the Debtors

William Farmer, Jackson Walker LLP
Client(s): Co-Counsel to the Debtors

Cole Richins, Moore & Van Allen PLLC
Client(s): Truist Bank

Electronic Appearance Sheet

Scott Alberino, Akin Gump Strauss Hauer & Feld LLP
Client(s): Ad Hoc Group of Term Lenders

Benjamin Taylor, Akin Gump Strauss Hauer & Feld LLP
Client(s): Ad Hoc Group of Term Lenders

James Langdon, Moore & Van Allen, PLLC
Client(s): Truist Bank

Luis Lluberas, Moore & Van Allen, PLLC
Client(s): Truist Bank

Ron Bingham, Adams and Reese LLP
Client(s): Truist Bank

Joshua Lesser, Adams and Reese LLP
Client(s): Truist Bank

Edward Stein, Anderson Kill P.C.
Client(s): Anderson Kill P.C.

Joshua Gold, Anderson Kill, P.C.
Client(s): Insurance coverage counsel to Benefytt Technologies, Inc.

Marty Brimmage Jr., Akin Gump Strauss Hauer & Feld LLP
Client(s): Ad Hoc Group of Term Lenders

Lacy Lawrence, Akin Gump Strauss Hauer & Feld LLP
Client(s): Ad Hoc Group of Term Lenders

Hector Duran, U.S. Department of Justice
Client(s): U.S. Trustee

Joseph Salzman, Pack Law
Client(s): Party in interest

John Higgins, Porter Hedges LLP
Client(s): Madison Dearborn Capital Partners VIII-A, L.P., Madison Dearborn Capital Partners VIII,

Christopher Adams, Okin Adams LLP
Client(s): Soup EO Holdings, L.P.