# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BENEFYTT TECHNOLOGIES, INC., *et al.*,[1] | ) Case No. 23-90566 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF HEARING ON JUNE 21, 2023, AT 10 A.M.

On May 23, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced these chapter 11 cases in the U.S. Bankruptcy Court for the Southern District of Texas (the "Court").

On May 23, 2023, the Debtors filed (i) the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing, Effective as of the Petition Date, (A) the Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property and (II) Granting Related Relief* [Docket No. 18] and (ii) the *Debtors' Motion for Entry of an Order Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases* [Docket No. 20].

Any objections or responses to either motion must be filed so as to be actually received on or before **June 14, 2023, at 5:00 p.m. (prevailing Central Time)**. In the event there are no outstanding objections to a motion, the Debtors may seek entry of an order approving such motion without the need for a hearing.

A hearing before the Court to consider each motion is set for **June 21, 2023, at 10:00 a.m. (prevailing Central Time)**. You may participate in the hearing either in person or by an audio and video connection.

Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benefytt Technologies, Inc. (2634); American Service Insurance Agency LLC (9115); Benefytt Reinsurance Solutions, LLC (4601); BimSym-HPIH, LLC (4626); Dawn Acquisition Company, LLC (0909); Daylight Beta Intermediate Corp. (7248); Daylight Beta Intermediate II Corp. (8842); Daylight Beta Parent Corp. (6788); Health Insurance Innovations Holdings, Inc. (1994); Health Plan Intermediaries Holdings, LLC (0972); Healthinsurance.com, LLC (9525); HealthPocket, Inc. (3710); Insurance Center for Excellence, LLC (4618); RxHelpline, LLC (9940); Sunrise Health Plans, LLC (3872); TogetherHealth Insurance, LLC (9503); TogetherHealth PAP, LLC (8439); and Total Insurance Brokers, LLC (7975). The location of the Debtors' service address is: 3450 Buschwood Park Drive, Suite 200, Tampa, Florida 33618.

on Judge Lopez's homepage.  The meeting code is "**JudgeLopez**."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Appearances must be made electronically in advance of the hearing.  To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

All documents filed in these chapter 11 cases are available free of charge by visiting https://cases.stretto.com/benefytt, by calling (833) 693-3762 (toll-free) or (720) 450-8180 (international), or by emailing benefyttinquiries@stretto.com.  Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
Dated:  May 24, 2023

/s/  *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Patrick J. Nash, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | John R. Luze (admitted *pro hac vice*) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | Jeffrey T. Michalik (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Yusuf Salloum (admitted *pro hac vice*) |
| Houston, TX 77010 | 300 North LaSalle Street |
| Telephone: (713) 752-4200 | Chicago, Illinois 60654 |
| Facsimile: (713) 752-4221 | Telephone: (312) 862-2000 |
| Email: mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| jwertz@jw.com | Email: patrick.nash@kirkland.com |
| mstull@jw.com | john.luze@kirkland.com |
| vargeroplos@jw.com | jeff.michalik@kirkland.com |
| | yusuf.salloum@kirkland.com |

*Proposed Co-Counsel to the Debtors*  *Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*  *and Debtors in Possession*

2

**Certificate of Service**

      I certify that, on May 24, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Matthew D. Cavenaugh*
      Matthew D. Cavenaugh