**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BENEFYTT TECHNOLOGIES, INC., et al.,[1] | Case No. 23-90566 (CML) |
| Debtors. | (Jointly Administered) |

## RESPONSE TO MOTION FOR SUMMARY JUDGMENT

On May 13, 2026, Defendant VSG Enterprises LLC ("Defendant") filed a motion for summary judgment ("Motion") (Main Case Docket No. 1175) in the above-captioned Chapter 11 case. The Motion seeks summary judgment with respect to the claims asserted by Province Fiduciary Services, LLC, as GUC Trustee of the Benefytt GUC Trust ("Plaintiff") against Defendant in Adv. Pro. No. 25-03398-CML ("Adversary Proceeding").

Because the Motion seeks relief with respect to claims asserted in the Adversary Proceeding, the Motion should have been filed in the Adversary Proceeding, not the main case. Despite this defect, Plaintiff has fully responded to the Motion. Plaintiff's substantive response has been filed in the Adversary Proceeding (AP Docket No. 6), which Plaintiff incorporates herein by reference.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benefytt Technologies, Inc. (2634); American Service Insurance Agency LLC (9115); Benefytt Reinsurance Solutions, LLC (4601); BimSym-HPIH, LLC (4626); Dawn Acquisition Company, LLC (0909); Daylight Beta Intermediate Corp. (7248); Daylight Beta Intermediate II Corp. (8842); Daylight Beta Parent Corp. (6788); Health Insurance Innovations Holdings, Inc. (1994); Health Plan Intermediaries Holdings, LLC (0972); Healthinsurance.com, LLC (9525); HealthPocket, Inc. (3710); Insurance Center for Excellence, LLC (4618); RxHelpline, LLC (9940); Sunrise Health Plans, LLC (3872); TogetherHealth Insurance, LLC (9503); TogetherHealth PAP, LLC (8439); and Total Insurance Brokers, LLC (7975). The location of the Debtors' service address is: 3450 Buschwood Park Drive, Suite 200, Tampa, Florida 33618.

-2-

Dated this 3rd day of June, 2026.

BANKRUPTCY RECOVERY GROUP, LLC

By: */s/ Garrett H. Nye*
  Talitha Gray Kozlowski (pro hac vice granted)
  Garrett H. Nye (pro hac vice granted)
  7251 Amigo Street, Suite 210
  Las Vegas, Nevada 89119

*Counsel for Province Fiduciary Services, LLC as*
*GUC Trustee of the Benefytt GUC Trust*

-2-